**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Celestino AGUILAR–DELGADO,**
**Defendant—Appellant.**

No. 05–10285.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 21, 2006.*

Filed Aug. 25, 2006.

Munish Sharda, Office of the U.S. Attorney Evo A. Deconcini U.S. Courthouse, Tucson, AZ, for Plaintiff-Appellee.

Geoffrey T. Cheshire, Esq., Federal Public Defender's Office, Tucson, AZ, for Defendant-Appellant.

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ** **

Celestino Aguilar–Delgado appeals from the 46–month sentence imposed by the district court following his guilty plea to illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291. We review for reasonableness sentences imposed after *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), *see United States v. Rodriguez–Rodriguez,* 441 F.3d 767, 769 (9th Cir.2006), and we affirm.

Aguilar–Delgado contends that his sentence was unreasonable because the district court failed to appropriately consider sentencing factors under 18 U.S.C. § 3553(a) that would have resulted in a more mitigated sentence. Our review of the record shows that the district court gave sufficient consideration to the sentencing goals and factors set forth in § 3553(a), and gave reasons why the specific sentence imposed was warranted in this case. *See Rodriguez–Rodriguez,* 441 F.3d at 771 (affirming sentence as reasonable where the record shows the district court considered the § 3553(a) factors and imposed a sentence that was sufficient but no greater than necessary to comply with § 3553(a)). Accordingly, the district court did not act unreasonably in imposing the sentence.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.